UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALPHONSO JAMES, SR.,

    Plaintiff,

v.                                Case No.: 2:25-cv-00419-SPC-KCD

UNITED STATES OF AMERICA,

    Defendant,
_____/

## **OPINION AND ORDER**

Before the Court is Alphonso James, Sr.'s "Writ of Error Coram Nobis" (Doc. 1), which the Court construes as a motion for a writ of coram nobis. James asks the Court to use its authority under the All Writs Act, 28 U.S.C. § 1651(a), to vacate a 1995 conviction for possession of a firearm by a felon.

A motion for a writ of coram nobis is "a step in the criminal case and not, like habeas corpus where relief is sought in a separate case and record, the beginning of a separate civil Proceeding." *United States v. Morgan*, 346 U.S. 502, 505 n.4 (1954). Accordingly, the Clerk is **DIRECTED** to docket James' construed motion (Doc. 1) in *United States v. James*, Case No. 2:95-cr-33-JES-1, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 22, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1