UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALPHONSO JAMES, SR.,

    Plaintiff,

v.                                      Case No.: 2:25-cv-00419-SPC-KCD

UNITED STATES OF AMERICA,

    Defendant,
_____/

**OPINION AND ORDER**

Before the Court is Alphonso James, Sr.'s Motion to Alter or Amend Judgment (Doc. 3). James improperly filed a motion for a writ of coram nobis as an independent action separate from the subject criminal case. The court entered an order directing the clerk to docket the motion in *United States v. James*, Case No. 2:95-cr-33-JES-1 and close this case. Senior District Judge John E. Steele has since denied the motion.

James asks the Court to "alter or amend the judgment" under Federal Rule of Civil Procedure 59(e). But the Court did not enter judgment in this case because it did not adjudicate James's claim. *See* Fed. R. Civ. P. 54(a). Rule 59(e) is thus inapposite. What is more, James's motion does not demonstrate any error. The Court did not, as James claims, "keep[] him away from the court." Controlling case law dictates that a motion for a writ of coram nobis must be filed in the criminal case. *See United States v. Morgan*, 346 U.S. 502, 505 n.4

(1954). If James disagrees with Judge Steele's adjudication of his claim, he may appeal that decision to the Eleventh Circuit.

**DONE AND ORDERED** in Fort Myers, Florida on June 9, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
cc. all parties